**Motion Granted; Order filed November 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00823-CV
_____

**THE VERTICAL TRADING GROUP, LLC, CURT KRAMER, AND CARLOS ALBERTO MAYO, Appellants**

**V.**

**ZICIX CORPORATION, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-50613**

# O R D E R

On September 13, 2013, the three appellants named above filed notices of appeal from the trial court's orders denying their special appearances. Appellants' briefs were due October 17, 2013. Curt Kramer and Carlos Alberto Mayo filed their appellants' brief on October 17, 2103. The Vertical Trading Group, LLC,

1

requested and was granted a two-week extension of time to file its brief until October 31, 2013.

On October 31, 2013, counsel for The Vertical Trading Group, LLC filed a motion to withdraw as counsel. According to the motion, The Vertical Trading Group, LLC consents to the motion, and it has been made aware that the deadline for filing its brief was October 31, 2013. More than ten days have passed, and no opposition to the motion has been filed. *See* Tex. R. App. P. 10.3(a). The motion complies with Texas Rule of Appellate Procedure 6.5. Accordingly, we **GRANT** counsel's motion to withdraw.

Corporations may appear in court and be represented only by a licensed attorney. *See Dell Dev. Corp. v. Best. Indus. Uniform Sup. Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied). Accordingly, we **ORDER** appellant The Vertical Trading Group, LLC to retain counsel for this appeal and to file a designation of counsel on or before **December 2, 2013**. Unless The Vertical Trading Group, LLC, acting through an attorney licensed in Texas, files its appellant's brief with the clerk of this court on or before **December 23, 2013**, the court will dismiss its appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM